ORIGINAL

EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Drug/Organized Crime Section

KENNETH M. SORENSON
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email:  Ken.Sorenson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 2 0 2005

at 3 o'clock and 2 min. P.M
SUE BEITIA, CLERK

LODGED

DEC 0 9 2005
2:55 pm ay
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00581-01 DAE |
| Plaintiff, | ) | STIPULATION TO CONTINUE SENTENCING; ORDER |
| vs. | ) | |
| MARK RUFFIN VILLARUZ, (01) | ) | |
| Defendant. | ) | |

STIPULATION TO CONTINUE SENTENCING

IT IS HEREBY STIPULATED AND AGREED between the parties, the United States of America and the Defendant, Mark Ruffin Villaruz, by and through his respective attorney, Richard Hoke, Esq., hereby agree and stipulate, and request that the Court approve a continuance of the sentencing date in this case

currently set for December 8, 2005 at 1:30 p.m. to March 9, 2006 at 1:30 p.m. before the Honorable David A. Ezra.

DATED: December __5__, 2005, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By _____
KENNETH M. SORENSON
Assistant U.S. Attorney

_____
RICHARD HOKE, ESQ.
Attorney for Defendant

SO ORDERED:

_____
DAVID A. EZRA
Chief U.S. District Judge

USA v. MARK RUFFIN VILLARUZ
Cr. No. 03-00581-01 DAE
"Stipulation to Continue Sentencing; Order"

2