

ORIGINAL

PAVEY HOKE AND WATSON, LLC
RICHARD L. HOKE. JR.  2486
Century Square Suite 907
1188 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 531-5927
Facsimile (808) 531-5315

Attorney for Defendant
MARK RUFFIN VILLARUZ

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 28 2006

at __2__ o'clock and _____ min _____ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>MARK RUFFIN VILLARUZ,  (01)<br>FRANCIS V. MANANKIL  (02)<br><br>        Defendants. | ) CR. NO. 03-00581 DAE<br>)<br>) DEFENDANT MARK RUFFIN<br>) VILLARUZ'S MOTION FOR<br>) PERMISSION TO TRAVEL TO<br>) PHILIPPINES; DECLARATION<br>) OF COUNSEL; EXHIBIT A;<br>) CERTIFICATE OF SERVICE<br>)<br>) Hearing Date:_____<br>) Time:_____<br>) Magistrate:_____<br>) |

<u>DEFENDANT MARK RUFFIN VILLARUZ'S MOTION FOR PERMISSION TO
TRAVEL TO PHILIPPINES</u>

Comes Now Defendant MARK RUFFIN VILLARUZ, by and through his

attorney, RICHARD L. HOKE, JR., to move this Court to grant Defendant permission to

travel to the Philippines for a 30-day period to visit with his paternal grandmother, Albina

Javier Villaruz, who has a serious liver condition (See Exhibit A).  While in the

Philippines, Defendant VILLARUZ would stay with his maternal grandmother, Gracela

Cordova, at 167 Compania Street, Molo Iloilo City 5000, Philippine, where he may be reached at Tel: 011-63-33-336-6036. Defendant shall contact the United States Pretrial Services for the District of Hawaii on the day Defendant departs to the Philippines and the day he returns from the Philippines. Defendant request that his passport be returned to him for the purpose of allowing him entry into the Philippines and his return to the United States of America. Defendant shall return the passport to the United States Pretrial Services Office for the District of Hawaii within 24 hours after his return from the Philippines and before he returns to Las Vegas, Nevada.

### DECLARATION OF COUNSEL

Richard L. Hoke, Jr., declares under penalty of perjury:

1. I am an attorney licensed to practice law in the State of Hawaii.

2. I am the attorney for Defendant MARK RUFFIN VILLARUZ.

3. Defendant would like to travel to the Philippines to visit with his paternal grandmother, Albina Javier Villaruz, who has a serious liver condition (See Exhibit A), for a 30-day period. While in the Philippines, Defendant will stay with his maternal grandmother, Gracela Cordova, at 167 Compania Street, Molo Iloilo City 5000, Philippine, Tel: 011-63-33-336-6036.

4. Defendant resides in Las Vegas, Nevada, awaiting sentence by US District Judge David Ezra on September 5, 2006, at 1:30 p.m. Defendant's pretrial service officer in Las Vegas, Nevada is Michael Baker, Sr. US Probation Officer, Tel# 702-464-5645, 333 Las Vegas Blvd. So. Room 1112, Las Vegas, Nevada 89101.

ATTENTION: ATTY. RICHARD HOKE
FROM: MARK VILLARUZ

# JOAQUIN A. MORENO, M.D., FPCP, FPSG, FPSDE

INTERNAL MEDICINE
Gastrointestinal and Liver Diseases
Gastrointestinal Endoscopy
Diplomate-Internal Medicine & Gastroenterology
Fellow-Phil. Society of Gastroenterology; Phil. College of Physicians
Member, International Society of Internal Medicine

Suite 101, MAB Riverside Medical Center
Bacolod City
Monday - Friday : 10:00 - 12:00 NN
               4:00 -  5:00 PM
Saturday :10:00 - 12:00 NN
Tel. Nos. 434-2344
         434-7331 local 7101

**Hospital Affiliations:**
THE DOCTOR'S HOSPITAL
BACOLOD SANITARIUM HOSPITAL
L.N. AGUSTIN MEMORIAL MISSION HOSP.

Patient's Name: _____    Date: Feb. 20, 2006
Age: _____

℞  This is to certify that Albina Javier Villaruz, 84 year old female, is the grandmother of Mark C. Villaruz and the former is suffering from metastatic Liver Disease. She had low anterior resection in 1999 for colon cancer.

This certification is issued for whatever purpose it may serve.

_____, M.D.
PTR No. 1899808
Lic. No. 57809

EXHIBIT "A"

Dated: Honolulu, Hawaii. _Feb. 28, 2006_

_/s/ Richard L. Hoke_
RICHARD L. HOKE, JR.
Attorney for Defendant
MARK RUFFIN VILLARUZ

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the foregoing on the following individuals by hand delivery messenger or U.S. mail:

KENNETH SORENSON, ESQ.
Assistant United States Attorney
United States Attorney's Office
Room 6100 PJKK Bldg
300 Ala Moana Blvd
Honolulu Hawaii 96850
Attorney for United States of America

Pretrial Services Office
Federal Building Room 7-222
Honolulu Hawaii 96813

Dated: Honolulu, Hawaii. _Feb. 28, 2006_

_/s/ Richard L. Hoke_
RICHARD L. HOKE, JR.