# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/7/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR NO. 03-00581DAE |
| CASE NAME: | USA vs. (01) MARK RUFFIN VILLARUZ |
| ATTYS FOR PLA: | Kenneth M. Sorenson |
| ATTYS FOR DEFT: | (01) Richard L. Hoke, Jr. |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | FTR-Courtroom 7 |
| DATE: | 3/7/2006 | TIME: | 2:34-2:43 |

COURT ACTION:  EP: Defendant Mark Ruffin Villaruz' Motion for Permission to Travel to the Philippines - Defendant not present, presence waived.

Arguments heard.  Motion Denied and terminated.

Submitted by: Warren N. Nakamura, Courtroom Manager