# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

10/05/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CR 03-00581DAE

CASE NAME:        USA v. (01)Mark Ruffin Villaruz

ATTYS FOR PLA:    Ken Sorensoon

ATTYS FOR DEFT:   (01)Richard L. Hoke, Jr.

INTERPRETER:

---

JUDGE:    David Alan Ezra          REPORTER:    Cynthia Fazio

DATE:     10/05/2006               TIME:        1:30pm-1:55pm

---

COURT ACTION:  EP: Sentencing to Count 1 of the Indictment as to Defendant (01)Mark Ruffin Villaruz. Government's Motion for Downward Departure.

Defendant (01)Mark Ruffin Villaruz present, not in custody.

The Memorandum Plea Agreement is accepted.

Government's Motion for Downward Departure-GRANTED.

Presentence Report adopted.  Sentencing recommendations heard.  Allocution by Defendant (01)Mark Ruffin Villaruz.

SENTENCE:

Imprisonment:  37 MONTHS

Supervised Release:  3 YEARS

CONDITIONS:

1.    Defendant shall abide by the standard conditions of supervision.

2.    Defendant shall not commit any federal, state, or local crimes. (mandatory condition)

3.    Defendant shall not possess illegal controlled substances.

4.      Defendant shall cooperate in the collection of DNA as directed by the probation officer. (mandatory condition)

5.      Defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter, but no more than 8 valid drug tests per month during the term of supervised release, as directed by the Probation Office.

6.      Defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

7.      Defendant shall participate in and comply with substance  abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office.  Defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

8.      Defendant shall execute all financial disclosure forms required by the Probation Office and provide access to any requested financial information.

9.      Defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision.  Failure to submit to a search may be grounds for revocation.  The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

10.     That the defendant submit to removal proceedings, including deportation or exclusion, as required by the Department of Homeland Security.  The defendant shall not enter the United States without proper authorization.

Special Assessment:  $100.00.  No fine.

JUDICIAL RECOMMENDATIONS: Minimum facility on the West Coast.  Educational and Vocational training.  Drug treatment.  500 hour intensive drug treatment program.

Mittimus is stayed until 11/20/2006.

Defendant to self-surrender @2:00 p.m. on 11/20/2006 at the facility designated by the Bureau of Prisons.  The time is the time at the facility.

Defendant advised of his right to appeal.

Submitted by:  Theresa Lam, Courtroom Manager