AO 245B (Rev. 6/05) Judgment in a Criminal Case
Sheet 2 - Imprisonment

CASE NUMBER: 1:03CR00581-001 DAE
DEFENDANT: MARK RUFFIN VILLARUZ

Judgment - Page 2 of 6

cc'd financial

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **37 MONTHS**

[✓] The court makes the following recommendations to the Bureau of Prisons:
Minimum facility on the West Coast. Educational and Vocational training. Drug treatment. 500 hour intensive drug treatment program.

[ ] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district.
   [ ] at ___ on ___.
   [ ] as notified by the United States Marshal.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 25 2007

at 1 o'clock and 05 min. P M
SUE BEITIA, CLERK

[✓] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   [✓] before 2:00pm, local time on 11/20/2006.
   [ ] as notified by the United States Marshal.
   [ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

Defendant delivered on  V/S 11-20-06  to  FCI
at  Lompoc , with a certified copy of this judgment.

Bo Compton CEO
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal